FILED
CLERK, U.S. DISTRICT COURT
11/02/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:20-cr-00167-DOC |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| PAUL GILMAN, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant PAUL GILMAN owned Oil Migration Group, LLC, WaveTech29, LLC, Stadium Sound 360 LLC, and GilmanSound, which were operated in Orange and Los Angeles Counties, within the Central District of California (the "Sound Companies").

2. Defendant GILMAN claimed to have developed a revolutionary soundwave technology that, among other things, lowered the viscosity of oil, improved sound quality in sports stadiums, and could purify water.

3.  Through the Sound Companies, defendant GILMAN raised money from investors and lenders throughout the United States.

B.  THE SCHEME TO DEFRAUD

4.  From at least July 2011 and continuing through at least November 2016, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant GILMAN, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from investors and lenders by means of materially false and fraudulent representations, and the concealment of material facts.

5.  In carrying out the scheme, defendant GILMAN engaged in the following fraudulent and deceptive acts, practices, and devices, among others:

a.  Defendant GILMAN, through the Sound Companies, solicited investors to purchase a portion of the Sound Companies or lend him money through promissory notes.  Defendant GILMAN promised to use the investors' and lenders' money to develop the sound technology, including to test, patent and license the technology, to purchase equipment, and for other business purposes.

b.  Instead of using the funds as promised, defendant GILMAN used the funds for his own personal purposes and to pay back other investors.

c.  From the fraudulent scheme, defendant GILMAN caused more than ten victims to lose more than $1.5 million.

C.     THE USE OF AN INTERSTATE WIRE

    6.    On or about December 29, 2015, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant GILMAN caused the transmission, by means of wire communication in interstate commerce, of $10,000 from victim F.R.'s Bank of America account located in Irvine, California, through the Bank of America servers in New York, New York, to defendant GILMAN's City National Bank Account located in Newport Beach, California, for the purpose of an investment with defendant GILMAN.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office